# SERVICE AFFIDAVIT

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | CASE NO: 20CV3599(BMC) |
| STATE OF NEW YORK | COURT DATE: |
| County of | COURT TIME: |

| PLAINTIFF: | DEFENDANTS: |
|---|---|
| MICHELLE TENZER-FUCHS | SNOW TEETH WHITENING, LLC |
| | 7181 EAST CAMELBACK RD., UNIT 504 |
| | SCOTTSDALE, AZ 85251 |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

**DOCUMENT TYPE:** SUMMONS; CIVIL COVER SHEET;CIVIL CASE MANAGEMENT PLAN; CLASS ACTION COMLAINT (JURY TRIAL DEMANDED

**PERSON(S) SERVED:** SNOW TEETH WHITENING, LLC (Defendant)

**PLACE OF SERVICE:** USUAL PLACE OF BUSINESS
7181 EAST CAMELBACK RD.
SCOTTSDALE, AZ 85251

By delivering 1 SET(S) true copies to: DAVE HECKER, FRONT DESK OPERATOR, TOWER 1

THE ABOVE MENTIONED INDIVIDUAL WAS SERVED PERSONALLY AT THE ABOVE ADDRESS.

SEX: M; AGE/DOB: 65-75+-; RACE: WHT;

Notes: DAVE HECKER, FRONT DESK SECURITY, REFUSED TO ALLOW ME ACCESS TO THE DEFENDANT'S UNIT TO AATTEMPT SERVICE. MR. HECKER VERIFIED THE DEFENDANT'S STATUTORY AGENT, JOSHUA ELIZETXE RESIDES AT THE ABOVE ADDRESS IN UNIT 504. I SERVE MR. HECKER FOR JOSHUA ELIZETXE.

| | |
|---|---|
| FILE #: | 205319 |
| REF #: | 2020012641 |
| DATE OF SERVICE: | 9/15/2020 |
| TIME OF SERVICE: | 01:54 PM |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 6th day of October, 2020

_Thomas P. Zollars_ (signature)
**AFFIANT'S SIGNATURE**
**Tom Zollars**
Process server licensed in Maricopa County #5104
Subscribed and sworn to this date: 10/6/2020 11:02:14 AM

_(signature)_
**NOTARY PUBLIC**

FEES: $75.00 Service Fee
$75.00 Total

TAYLOR ANN KISH
Notary Public - Arizona
Maricopa County
Commission # 556570
My Comm. Expires Dec 29, 2022

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886