**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

MICHELLE TENZER- FUCHS          ,
                              Plaintiff(s),                    **CERTIFICATE OF DEFAULT**

          -against-                                                      2-20 - CV - 3599

SNOW TEETH WHITENING, LLC          ,
                              Defendant(s).

---------------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant   SNOW TEETH WHITENING, LLC   has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant   SNOW TEETH WHITENING, LLC   is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn        , New York
           October 20  , 20 20

                                        DOUGLAS C. PALMER, Clerk of Court

                               By: *Jalitza Poveda*
                                        Deputy Clerk